# United States Court of Appeals

## For the First Circuit

No. 04-9009

IN RE ROBERT LOUIS MARRAMA,

Debtor

ROBERT LOUIS MARRAMA,

Appellant,

v.

CITIZENS BANK OF MASSACHUSETTS AND
MARK G. DEGIACOMO, CHAPTER 7 TRUSTEE,

Appellees.

**ERRATA SHEET**

The opinion of this court issued October 31, 2005, should be amended as follows:

On page 15, line 8, change "chapter 13" to "chapter 7"